IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL CASE NO. 3:08cv388

| | |
|---|---|
| PATRICIA A. RAYMOND, Personal Representative of the ESTATE OF HERBERT D. RAYMOND, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL TOUR, INC., et al.<br><br>Defendants. | ORDER |

**THIS MATTER** is before the Court pursuant to the letter of Betty L. Brown, dated November 26, 2008, and directed to the "District clerk, United States District Court, filed in this matter on December 5, 2008. [Doc. 14].

In her letter, Ms. Brown advises that she is an attorney licensed in Texas, but not in North Carolina. She is not a member of the bar of the Western District. She further advises that she has reached an "agreement" with Plaintiff's counsel extending the time for Defendant Conexis to answer through January 5, 2009. Since Rule 6(b)(1) clearly reflects that it is the

Court that may extend certain time periods, including the time to answer, the Court will treat the Letter of Ms. Brown as a motion for such extension.

Since the motion has been filed by an attorney who is not licensed in this District, and who has not even sought admission *pro hac vice*, the motion (letter) is not properly filed with the Court. As such, the motion requesting an extension of time to answer will be denied.

**IT IS THEREFORE ORDERED** that the Motion for Extension to Time as set out in the letter of Betty L. Brown [Doc.14], is **DENIED** without prejudice to being refiled on behalf of Defendant Conexis by an attorney authorized to so file. **IT IS FURTHER ORDERED** that the Clerk forward a copy of this Order to Betty L. Brown via facsimile transmission at number (972) 899-9635 and via First Class Mail, Return Receipt Requested, at 1021 Long Prairie Road, Suite 402, Flower Mound, Texas, 75022.

Signed: December 10, 2008

Martin Reidinger
United States District Judge