# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## CIVIL CASE NO. 3:08cv388

| | |
|---|---|
| PATRICIA A. RAYMOND, Personal Representative of the Estate of HERBERT D. RAYMOND, JR., a/k/a DAVID RAYMOND, )<br><br>Plaintiff, )<br><br>vs. )<br><br>NATIONAL TOUR, INC., JOHNNY CAPELS, BLUE CROSS BLUE SHIELD OF NORTH CAROLINA and CONEXIS BENEFITS ADMINISTRATORS, LP, )<br><br>Defendants. ) | **O R D E R** |

**THIS MATTER** is before the Court on the motion of the Defendant Conexis Benefits Administrators, LP for admission of attorney Betty L. Brown as counsel *pro hac vice*. [Doc. 17].

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendant's motion is **ALLOWED**, and Betty L. Brown is hereby granted *pro hac vice* admission to the bar of this

Court, payment of the admission fee having been received by the Clerk of this Court.

**IT IS SO ORDERED**.

Signed: December 29, 2008

Martin Reidinger
United States District Judge